IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| _____ ) <br> KRISTINA RUEHLI, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM H. COSBY, JR. ) <br> ) <br>     Defendant. ) <br> _____) | CIVIL ACTION No. 3:15-cv-13796 |

## **NOTICE OF APPEARANCE OF CAROLE C. COOKE**

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Carole C. Cooke, on behalf of the Plaintiff, Kristina Ruehli, in the above-captioned action.

                                                                    KRISTINA RUEHLI,

                                                                    By her attorneys,

                                                                  /s/ Carole C. Cooke
                                                                  Megan C. Deluhery (BBO #655564)
                                                                  mdeluhery@toddweld.com
                                                                  Carole C. Cooke (BBO #646000)
                                                                  ccooke@toddweld.com
                                                                  TODD & WELD LLP
                                                                 One Federal St., 27th Floor
                                                                  Boston, MA 01880
                                                                 Tel. (617) 720-2626
                                                                 Fax (617) 227-5777

Dated: November 9, 2015

## CERTIFICATION OF SERVICE

I hereby certify that on November 9, 2015, a true copy of the above **Notice of Appearance of Carole C. Cooke** was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Carole C. Cooke

4835-0416-8234, v. 4